UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID EGAN, | No. 1:12-CV-5300 NJV |
| Plaintiffs, | ORDER TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION |
| v. | |
| COUNTY OF DEL NORTE, et al., | |
| Defendants. | |

Defendants have filed a Motion for Summary Judgment, which is set for hearing before the court on December 18, 2013. The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The matter will be decided on the papers.

IT IS SO ORDERED.

Dated: December 11, 2013

NANDOR J. VADAS
United States Magistrate Judge