UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DAVID EGAN,

        Plaintiffs,

v.

COUNTY OF DEL NORTE, et al.,

        Defendants.
_____/

No. 1:12-CV-5300 NJV

ORDER TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION

Defendants have filed a Motion for Summary Judgment, which is set for hearing before the court on December 18, 2013. The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds that this matter is appropriate for decision without oral argument and takes the matter under submission. The matter will be decided on the papers.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge